UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL RYAN MIDDLETON,<br><br>Defendant. | NO.  CR-04-127-RHW<br><br>**ORDER DENYING THE GOVERNMENT'S MOTION FOR RECONSIDERATION OF THE SENTENCE IMPOSED** |

   Before the Court is the Government's Motion for Reconsideration of the Sentence Imposed (Ct. Rec. 54).  Defendant was convicted of one count of Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana and was sentenced on March 14, 2005 to 18 months, 4 years supervised release; and $100 special assessment (Ct. Rec. 52).

   In its motion, the Government suggests that the Court misapprehended the stipulation between the parties.  In concluding that Defendant should be accountable only for the amount of marijuana that he individually carried across the border, the Court was aware that Defendant stipulated to a different amount in the plea agreement.  Nonetheless, in reviewing the facts of the case, and considering the sentencing factors set forth in 18 U.S.C. § 3553, the Court concluded that a sentence of 18 months was an appropriate sentence.  The Government has not presented any persuasive argument that the Court should reconsider this determination.

**ORDER DENYING THE GOVERNMENT'S MOTION FOR
RECONSIDERATION OF THE SENTENCE IMPOSED ~ 1**

1     Accordingly, **IT IS HEREBY ORDERED:**

2     1.    The Government's Motion for Reconsideration of the Sentence
3 Imposed (Ct. Rec. 54) is **DENIED**.

4     **IT IS SO ORDERED.** The District Court Executive is directed to enter this
5 order and to provide copies to counsel.

6     **DATED** this 12th day of May, 2005.

                                          s/ ROBERT H. WHALEY
                                          United States District Judge

Q:\CRIMINAL\2004\Middleton\deny.ord.wpd

**ORDER DENYING THE GOVERNMENT'S MOTION FOR
RECONSIDERATION OF THE SENTENCE IMPOSED ~ 2**